44933. GEORGIA OSTEOPATHIC HOSPITAL, INC. et al. v. DAVIDSON.

QUILLIAN, Judge. The plaintiff filed a claim against the Georgia Osteopathic Hospital and Robert F. Haskell, D. O., alleging: that while she was a patient Haskell negligently treated her. The defendants filed a motion for summary judgment which was denied. From that ruling the defendants appealed and the case is here for review. Held:

As was stated in Truluck v. Funderburk, 119 Ga. App. 734 (168 SE2d 657): "This is an appeal from the granting of a summary judgment for the defendant in a malpractice case. The ultimate fact for determination is whether the defendant's

services were performed in an ordinarily skilful manner. *Ga. Northern R. Co. v. Ingram*, 114 Ga. 639, 640 (40 SE 708). This question can only be decided, except in a few extreme circumstances, upon the expert opinion and testimony given by physicians. *Shea v. Phillips*, 213 Ga. 269 (98 SE2d 552). 'While opinion evidence is sufficient in a proper case to present a jury issue and thus preclude a summary judgment, yet the opinion testimony of the ultimate fact to be decided in the case is never sufficient to authorize the grant of· a summary judgment.' *Harrison v. Tuggle*, 225 Ga. 211 (2) (167 SE2d 395), and *Ginn v. Morgan*, 225 Ga. 192 (167 SE2d 393)." See *Williams v. Melton*, 120 Ga. App. 466 (171 SE2d 318).

Under the authority cited above the opinion evidence offered by affidavit and deposition was not sufficient to authorize the granting of a summary judgment.

*Judgment affirmed. Bell, C. J., and Whitman, J., concur.*

ARGUED JANUARY 5, 1970—DECIDED FEBRUARY 16, 1970—REHEARING DENIED MARCH 13, 1970—

*Zachary, Hunter, Zachary & Bowden, John Calvin Hunter, W. E. Zachary, Sr.*, for appellants.

*Robert Carpenter, LeRoy C. Hobbs*, for appellee.